IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALBERT T. OWENS, JR.,

    Plaintiff,

v.                                        5:18cv315–WS/MJF

R. OLIVER, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 111) docketed June 29, 2020. The magistrate judge recommends that Plaintiff's motion to voluntarily dismiss his claims against Defendants R. Webb and H. Smith be granted. Webb and Smith have file a "Notice of Non-Opposition to Plaintiff's Motion to Voluntarily Dismiss" (ECF No. 109). There being no opposition to Plaintiff's motion, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 111) is hereby ADOPTED and incorporated by reference in this order.

    2. Plaintiff's motion (ECF No. 106) to voluntarily dismiss his claims against

R. Webb and H. Smith is GRANTED.

3. Plaintiff's claims against Defendants R. Webb and H. Smith are DISMISSED without prejudice.

4. The clerk shall indicate on the docket that R. Webb and H. Smith have been terminated from the action.

5. The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this ___30th___ day of ___June___, 2020.


                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE