IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALBERT T. OWENS, JR.,

    Plaintiff,

v.                                      4:18cv315–WS/MJF

R. OLIVER, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 118) docketed September 23, 2020. The magistrate judge recommends that Defendant Officer J.P. Robinson be dismissed from this action without prejudice pursuant to Fed. R. Civ. P. 4(m). No objections have been filed to the report and recommendation.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted.  Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 118) is hereby ADOPTED and incorporated by reference in this order.

2. Defendant Officer J.P. Robinson is DISMISSED from this action without prejudice pursuant to Fed. R. Civ. P. 4(m).

3. The clerk shall note on the docker that Officer J.P. Robinson has been dismissed from the action.

DONE AND ORDERED this   26th   day of   October  , 2020.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE