IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALBERT T. OWENS, JR.,

    Plaintiff,

v.                                                 4:18cv315–WS/MJF

R. OLIVER, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 119) docketed September 23, 2020. The magistrate judge recommends that the motion for summary judgment (ECF No. 113) filed by the lone remaining defendants, C. Cooks and R. Oliver, be granted. Plaintiff has filed no objections to the report and recommendation.

    The court having reviewed the record, it is ORDERED:

    1. The magistrate judge's report and recommendation (ECF No. 119) is hereby ADOPTED and incorporated by reference into this order.

2. The motion (ECF No. 113) for summary judgment filed by C. Cooks and R. Oliver is GRANTED.

3. The plaintiff's complaint and this action are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. §§ 1915(A)(b)(1) and 1915(e)(2)(B)(i) for maliciousness and abuse of the judicial process.

4. The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

5. The clerk shall note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(A)(b)(1) and 1915(e)(2)(B)(i).

DONE AND ORDERED this   27th   day of   October  , 2020.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE